# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF GEORGIA

## SAVANNAH DIVISION

UNITED STATES OF AMERICA    )
                          )
v.                              )        CASE NO. CR416-144
                          )
LARRY E. WILLIAMS         )

## **ORDER**

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _10th_ day of _August_, 2016.



**JUDGE WILLIAM T. MOORE, JR.**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG 10 PM 4: 37
CLERK
SO. DIST. OF GA.